UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **M.S. RAU ANTIQUES, L.L.C.** <br> **(Formerly M.S. Rau, Inc.)** | * <br> * <br> * | CIVIL ACTION <br> <br> NO. _____ |
| versus | * <br> * | <br> JUDGE: _____ |
| **ROBIN A. STEAD and** <br> **SIDNEY LAMBERT** | * <br> * <br> * | <br> <br> MAGISTRATE JUDGE: _____ |
| **Defendants** | * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

**NOW INTO COURT**, pursuant to 28 U.S.C. §§ 1452 and 1334, through undersigned counsel, come Barbara Rivera-Fulton, Trustee of the bankruptcy estate of Sidney Lambert, pending in the United States Bankruptcy Court, Eastern District of Louisiana, Case Number 17-13136, and M.S. Rau Antiques, L.L.C. (formerly M.S. Rau, Inc.) ("Rau") who respectfully represent:

1. On November 21, 2017, Sidney Lambert ("Debtor") filed a petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Louisiana, which was assigned Case Number 17-13136.

2. Barbara Rivera-Fulton ("Trustee") was appointed as trustee of the estate of the Debtor and has qualified and is now acting as such trustee.

3. On or about January 31, 2017, Rau filed a Petition for Revocatory Action against Debtor and others in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing Case Number 2017-0987 (the "Revocatory Action").[1] In the Revocatory Action, Rau was seeking

---

[1] A copy of the entire State Court record (all process and pleadings) in the Revocatory Action is attached hereto as Exhibit "A.

to have a Quitclaim Deed executed by the Debtor, whereby he transferred a 50% undivided ownership interest in real property located at 721-723 New Orleans, LA. 70118 to Robin A. Stead (his spouse), annulled, revoked, and avoided pursuant to *La. C.C. arts 2036, et seq*.

4. It is well settled that upon the filing of a bankruptcy case, all state law avoidance actions by creditors, such as the Revocatory Action here, are vested in the Trustee who has the right under §544(b)[2] to pursue such actions on behalf of the estate to the exclusion of all creditors.[3]

5. The Trustee has discussed this matter with counsel for Rau, who has consented to the relief sought and joined in this Notice of Removal out of abundance of caution.

6. The Revocatory Action described above is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1334(b). The Revocatory Action involves claims that belong to this estate and which are subject to the exclusive control of the Trustee.

7. The Revocatory Action may be removed to this Court pursuant to 28 U.S.C. § 1452.

8. Upon removal, this action is a core proceeding under 28 U.S.C. § 157(b)(2) because it is a matter concerning the administration of the estate, and involves the ownership of property and avoidance of transfers, which claims are property of the estate.

9. Pursuant to 28 U.S.C. § 157(a) and by further authority of the Eastern District of Louisiana General Order dated April 11, 1990, the Revocatory Action is referred to the Bankruptcy

---

[2] Section 544(b)(1) provides in relevant part, "... [T]he trustee may avoid any transfer of an interest of the debtor in property ... that is voidable under applicable law by a creditor holding an unsecured claim."

[3] *See Carlton v. BAWW, Inc*., 751 F.2d 781, 785 (5th Cir. 1985) (The automatic stay under section 362(a) applies and prevents a creditor from continuing to pursue a cause of action under the state avoidance law after a petition for bankruptcy has been filed by the transferor. A bankruptcy filing simply causes the right of the creditor to vest in the trustee and places the future of the lawsuit within the control of the bankruptcy court.); *See also In re Berg*, 376 B.R. 303, 311 (Bankr.D.Kan.2007) (citing *In re Integrated Agri, Inc.,* 313 B.R. 419, 427 (Bankr.C.D.Ill.2004); *Matter of Leonard*, 125 F.3d 543 (7th Cir.1997) (creditor who filed a prepetition Uniform Fraudulent Transfer Act suit against defendant who then filed Chapter 7, which suit was removed to bankruptcy court by the Chapter 7 trustee, had no continuing rights or interest in the suit); *Security Resources, L.L.C. v. Watson*, 2004 WL 3244421, at *2 (Bankr. M.D. La. 2004) (Trustee is "the only proper party" to prosecute the Louisiana revocatory action after the filing of a bankruptcy case.).

Court unit of this Court, and is to be assigned an adversary proceeding case number.

10. In accordance with Bankruptcy Rule 9027(a)(2)(B), removal of this matter is proper because the Revocatory Action was pending when the bankruptcy case was commenced and this Notice of Removal was filed prior to any order having been entered terminating the automatic stay to which the estate is entitled under 11 U.S.C. §362.

11. Also in accordance with Bankruptcy Rule 9027, a Notice to State Court of Removal, along with a copy of this Notice of Removal, will be promptly filed in the Civil District Court for the Parish of Orleans, State of Louisiana

12. Upon removal of the Revocatory Action, the Trustee consents to the entry of final orders and/or judgments by the Bankruptcy Court.

**WHEREFORE**, Barbara Rivera-Fulton, Trustee, prays that the above-referenced Revocatory Action now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing Case Number 2017-0987, be removed to this Court and that this Court enter any necessary orders or process in order that this suit may proceed as if it had originally commenced in this Court.

Respectfully submitted,

CHAFFE McCALL, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000


By: */s/ Fernand L. Laudumiey, IV*
    David J. Messina, #18341
    Fernand L. Laudumiey, IV, #24518
Attorneys for Barbara River-Fulton, Trustee


-and-

- 3 -

        LEEFE, GIBBS, SULLIVAN & DUPRE, LLC

        By: */s/ Michael R. Gelder*
        RICHARD K. LEEFE, La. Bar No. 7544
        MICHAEL R. GELDER, La. Bar No 30210
        JAMES K. STICKER, III, La. Bar No 33392
        3900 North Causeway Blvd.
        One Lakeway Center, Suite 1470
        Metairie, LA 70002
        Telephone (504) 830-3939
        Facsimile (504) 830-3998
Attorneys for M.S. Rau Antiques, L.L.C.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Removal has been served via U.S. Mail and/or e-mail, postage pre-paid and properly addressed, upon all counsel of record, this 28th day of February, 2018.

        */s/ Fernand L. Laudumiey, IV*
        Fernand L. Laudumiey, IV