*FILED*

2017 JAN 31 P 4: 24

CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2017- *987*

DIVISION "N"

M.S. RAU ANTIQUES, L.L.C.
(*formerly M.S. Rau, Inc.*)

SECTION 8

VERSUS

SIDNEY O. LAMBERT, ROBIN A. STEAD & JANE/JOHN DOE

FILED: _____

_____
DEPUTY CLERK

## PETITION FOR REVOCATORY ACTION

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, M.S. Rau

Antiques, L.L.C (formerly M.S. Rau, Inc.), who respectfully presents the following Petition

for Revocatory Action pursuant to LA. C.C. Art. 2036 et seq.:

M.S. Rau Antiques, LLC, formerly M.S. Rau, Inc. ("M.S. Rau") is a Louisiana

limited liability company domiciled in Orleans Parish, Louisiana.

Sidney O. Lambert ("Lambert") at all times relevant hereto was a person of full age

and majority and a resident of and believed to be domiciled in Orleans Parish, Louisiana.

3.

Robin A. Stead ("Stead") at all times relevant hereto was a person of full age and

majority and a resident of and believed to be domiciled in Orleans Parish, Louisiana.

Stead is a proper party to this action pursuant to La. C.C. Art 2042. Stead is the wife of

Lambert.

4.

Jane/John Doe at all times relevant hereto was a person or persons of full age and

majority and believed to be a resident of and domiciled in Orleans Parish, Louisiana.

Jane/John Doe is a proper party to this action pursuant to La. C.C. Art 2042.

DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS - LA 70112
504 - 407 - 0000

Date & seq.:      1/31/2017 4:27:00 PM
Receipt Number    609642
Cashier           mgagliano
Register          CDCCASH1
Case Number       2017 - 00987
                  $ 510.00
Amount Received   $ 510.00
Balance Due       $ 0.00
Change Due        $ 0.00

Payment / Transaction List
Credit Card #: 65556, $540.00

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Petition for Details | $451.00 | $451.00 | $0.00 |
| tory Judgment | | | |
| Judicial College | $0.50 | $0.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| JSC | $24.00 | $24.00 | $0.00 |
| Exhibits (Paper) | $6.00 | $6.00 | $0.00 |

EXHIBIT
A

VERIFIED

2/1/17

1

5.

Jurisdiction and venue are proper since the M.S. Rau's place of business is in

Orleans Parish, Louisiana, the transactions forming the basis of this suit took place in

Orleans Parish, Louisiana and the named defendants are domiciled in Orleans Parish,

Louisiana.

## BACKGROUND

6.

On or about May 23, 1997, Stead and Lambert purchased as co-owners by Act of

Cash Sale the immovable property located at Lot E, Square 83, Seventh District, Orleans

Parish, Louisiana bearing the municipal address of 721-23 Short Street, New Orleans,

Louisiana 70118 ("Short Street Property") as more fully described as follows:

> THAT PORTION OF GROUND, together with all the improvements thereon and all the rights, ways, privileges, servitudes and advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the SEVENTH DISTRICT of New Orleans, in SQUARE 83, (Old Square 22) bounded by Short, Maple, Hampson and Fern Streets, designated by the Letter "E" on a blue print of survey by Gilbert & Kelly, Surveyors, dated May 10, 1939, according to which said lot commences at a distance of 95 feet; title (95 feet, 2 inches, 2 lines, actual) from the corner of Short and Maple Streets and 180 feet, title (180 feet, 10 inches, 6 lines, actual) from the corner of Short and Hampson Streets and measures thence, in the direction of Hampson Street, 45 feet and measures thence, in the direction of Hampson Street, 45 feet front on Short Street, same width in the rear, by a depth between equal and parallel lines of 120 feet and is composed of the whole of Original Lot 6 and adjoining half of the original Lot 5.
>
> And in accordance with a survey of Guy J. Seghers, C.E.&S., dated November 11, 1954, a copy of which is annexed to another act of undersigned Notary, of even date herewith, said portion of ground is situated in the same district and square as above, has the same boundaries, the same measurements from the corner of Maple and Short Streets, the same front, depth and width above described, is designated by the same Letter "E" which consists of the whole of Lot 6 and a portion of Lot 5, but is a distance of 135 feet 11 inches, 22 lines, actual of 135 feet (plan) from the corner of Hampson and Short Streets.
>
> Improvements thereon bear municipal number 721-723 Short Street, New Orleans, Louisiana 70118.

7.

Based upon information and belief, Lambert and Stead were married prior to

December, 1998.

8.

2

On or about December 18, 1998, Lambert executed personal guarantees and an endorsement binding him individually to a $250,000 promissory note payable to M.S. Rau Antiques for the benefit of a business Lambert owned in part. The enforcement of this individual guarantee is currently being prosecuted in a separate case in the Civil District Court for the Parish of Orleans Docket No. 2014-5478, Division "N", which was filed on June 13, 2014.

9.

In 2010, the $250,000.00 promissory note was defaulted upon by its maker, New Orleans Auction Galleries, Inc., and, later, in April of 2011, New Orleans Auction Galleries, Inc. filed for bankruptcy.

10.

In or about February, 2011, M.S. Rau placed Lambert along with other guarantors on notice of the default and demanded payment for the $250,000 promissory note for which Lambert had provided his personal guarantee.

11.

In or about February of 2014, M.S. Rau again contacted Lambert to demand payment pursuant to the guarantees. M.S. Rau filed suit to enforce the guarantees in June of 2014.

12.

Upon information and belief, in or about February of 2014 Lambert began the disposal of assets in fraud of the rights of his creditor, M.S. Rau, knowing that Judgment on the $250,000 promissory note was likely to be entered against him.

13.

The purpose of the asset transfers was to deplete the assets of Lambert's estate in order to injure and avoid the rights of his creditors, such as M.S. Rau.

14.

In or about April of 2014, knowing that a Judgment was likely to be entered against him, Lambert contacted the former attorneys of New Orleans Auction Galleries to request copies of the loan transaction documents and further requested recommendations for an attorney to represent him.

13.

On May 2, 2014, Lambert and Stead executed a "Quitclaim Deed" purporting to transfer all of Lambert's interest in the Short Street Property to Stead (See attached Exhibit "1"). This Quitclaim Deed was entered into with the intent of depriving M.S. Rau of its rights as Lambert's creditor to execute on his property.

14.

Upon information and belief, the "Quitclaim Deed" was made without consideration with the primary purpose of depleting Lambert's estate of assets to the detriment of his creditors.

15.

Upon information and belief, beginning in or about February of 2014, Lambert, Stead, and Jane/John Doe all participated in a series of transfers of Lambert's assets intended to deplete Lambert's estate to the detriment of his creditors, including M.S. Rau.

16.

In or about October of 2016, M.S. Rau learned of Lambert and Stead's quitclaim deed transfer of the Short Street Property.

17.

In December of 2016, Lambert was deposed in connection with enforcement of Lambert's individual guarantees to M.S. Rau and testified that he had no recollection of the $250,000 promissory note.

18.

Lambert was also questioned at deposition about the Short Street Property Quitclaim Deed, but Lambert refused to answer any questions.

19.

Lambert has sought to delay the final resolution of the case against him in Civil District Court for the Parish of Orleans Docket No. 2014-5478, Division "N" by delaying depositions, obfuscating facts, filing needless continuances and making unreasonable and unsupported discovery demands. Lambert's delays may cause the resolution of the principal action to be delayed beyond the three year peremptive period for revocatory actions.

4

20.

With the three year time period from the act or acts that form the basis of this suit rapidly approaching, the instant suit is filed to avoid further depletion of Lambert's estate and revoke any transfers occurring within the three year period.

21.

This action is filed within one year from the discovery of Lambert's Quitclaim Deed.

### Count I. Conveyance in Fraud of Creditors

22.

M.S. Rau incorporates by reference the allegations in the preceding paragraphs.

23.

As a result of the actions of Lambert, Stead, and Jane/John Doe after Lambert's obligations to M.S. Rau arose, Lambert's insolvency has increased.

24.

M.S. Rau has been prejudiced, injured, and damaged as a result of the actions of Lambert, Stead and Jane/John Doe that impoverished the Lambert estate and make collection of any judgment more difficult.

25.

Lambert is believed to have no other assets, and if the Quitclaim Deed is enforced according to its terms, he will be insolvent. Stead knew of Lambert's insolvency or threatened insolvency and accepted the transfer of rights for the Short Street Property in order to gain an illegal preference over M.S. Rau and defeat the its rights.

26.

The Quitclaim Deed described above should be declared a nullity, and the clerk of court and ex officio recorder of conveyances should be ordered to cancel and erase it.

27.

M.S. Rau files this suit prior to any judgment being entered against Lambert in order to interrupt the prescriptive and peremptive periods and consistent with the holding in *Lewis v. Hood*, 97-CA-2118 (La. App. 1st Cir. 1998) 721 So.2d 1078.

27.

5

M.S. Rau seeks to have this proceeding stayed pending the resolution of the principal

claims against Lambert made in Case No. 2014-5478 before this Court.

**WHEREFORE,** M.S. Rau Antiques, LLC respectfully prays that:

1) This case be stayed pending the conclusion of the principal matter filed as Civil

   District Court for the Parish of Orleans Docket No. 2014-5478, Division "N";

2) After due proceedings in Case No. 2014-5478 and Sidney Lambert is cast in

   Judgment for the $250,000 promissory note, any and all acts of exchange

   between Sidney O. Lambert, Robin A. Stead, and Jane/John Doe be annulled,

   declared legally fraudulent, and revoked, including, but not limited to that

   certain Quitclaim Deed recorded on May 2, 2014 with the Clerk of Civil

   District Court for the Parish of Orleans Conveyances as Instrument Number

   2014-16504.

3) It be granted all other just and equitable relief.

Respectfully submitted,

LEEFE, GIBBS, SULLIVAN & DUPRÉ,
LLC

RICHARD K. LEEFE, La. Bar No. 7544
MICHAEL R. GELDER, La. Bar No. 30210
JAMES K. STICKER III, La. Bar No. 33392
3900 North Causeway Blvd.
One Lakeway Center, Suite 1470
Metairie, LA 70002
Telephone: (504) 830-3939
Facsimile: (504) 830-3998

Sheriff Please Serve:

Sidney O. Lambert
721 Short Street
New Orleans, LA 70118

Robin A. Stead
721 Short Street
New Orleans, LA 70118

Please hold service for Jane/John Doe

6

**QUITCLAIM DEED**

FILED
2017 JAN 31  P 4: 24

DISTRICT COURT

**FROM:**   **SIDNEY O. LAMBERT**          **STATE OF LOUISIANA**

**TO:**    **ROBIN A. STEAD**            **PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, and in the presence of the two competent witnesses personally came and appeared SIDNEY O. LAMBERT, who a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana, being first fully sworn, deposed and who declared that he has been married twice; first to Raissa Rouse, from whom he was divorced by Judgment of the Civil District Court of Orleans in the matter "Raissa Rouse v. Sidney O. Lambert", docket no. 86-14080, DRS #2; dated October 21, 1986; and second to ROBIN A. STEAD, with whom he is presently married, said marriage having taken place on the 30th day of May, 1998, in the Parish of Orleans, State of Louisiana and together residing at 721-723 Short Street, New Orleans, Louisiana, 70118.

FURTHER, SIDNEY O. LAMBERT, declared the he and ROBIN A. STEAD acquired the real property located at 721-723 Short Street, New Orleans, Louisiana, 70118 on the 23rd day of May, 1997, prior to their marriage; and that for good and valuable consideration, receipt of which is hereby acknowledged, he does hereby sell, transfer, assign, quitclaim and relinquish unto his wife, ROBIN A. STEAD, the entirety of his right, title, and interest in the real property, consisting of an undivided fifty percent (50%) interest in said property and bearing the address 721-723 Short Street, New Orleans, Louisiana, 70118, LOT E, SQUARE 83, SEVENTH DISTIRCT, ORLEANS PARISH, LOUISIANA, and as further described in the legal description as set forth in the attached Exhibit "A" hereto.

THUS DONE AND PASSED in New Orleans, Parish of Orleans, State of Louisiana, this 2nd day of May, 2014, in the presence two competent witnesses, who sign these presents with the Appearers and me, Notary, after due reading of the whole.

WITNESSES:

_Philly Oxley_                  _Sidney O. Lambert_
_Ujn Cith_                        SIDNEY O. LAMBERT

Sworn to and subscribed
before me this 21 day of
May, 2014.

_Lisa A. Montgomery_
Lisa A. Montgomery
Notary Public
State of Louisiana
La. Bar No. 14236
Commissioned for Life

Exh. "1"



EXHIBIT "A"

THAT PORTION OF GROUND, together with all the improvements thereon and all the rights, ways, privileges, servitudes and advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the SEVENTH DISTRICT of New Orleans, in SQUARE 83, (Old Square 22) bounded by Short, Maple, Hampson and Ferri Streets, designated by the Letter "E" on a blue print of survey by Gilbert & Kelly, Surveyors, dated May 10, 1939, according to which said lot commences at a distance of 95 feet (95 feet, 2 inches, 2 lines actual) from the corner of Short and Maple Streets and 180 feet, title (180 feet, 10 inches, 6 lines, actual) from the corner of Short and Hampson Streets and measures thence, in the direction of Hampson Street, 45 feet and measures thence, in the direction of Hampson Street, 45 feet front on Short Street, same width in the rear, by a depth between equal and parallel lines of 120 feet and is composed of the whole of Original Lot 6 and adjoining half of the original Lot 5.

And in accordance with a survey of Guy J. Seghers, C.E. & S., dated November 11, 1954, a copy of which is annexed to another act of undersigned Notary, of even date herewith, said portion of ground is situated in the same district and square as above, has the same boundaries, the same measurements from the corner of Maple and Short Streets, the same front, depth and width above described, is designated by the same Letter "E" which consists of the whole of Lot 6 and a portion of Lot 5, but is a distance of 135 feet 11 inches, 22 lines, actual of 135 feet (plan) from the corner of Hampson and Short Streets.

Improvements thereon bear Municipal Nos. 721-723 Short Street.

Exh. "1"

2014-16504 Page 3 of 3.

1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112

Telephone (504) 407-0005



Chelsey Richard Napoleon
Chief Deputy Clerk

FILED
2017 JAN -4  4:24
Land Records Division
CIVIL
DISTRICT COURT

# Hon. Dale N. Atkins

### Clerk of Court and Ex-Officio Recorder
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2014-16504

Recording Date: 5/2/2014 02:54:44 PM

Document Type: QUITCLAIM

Addt'l Titles Doc Types:

Conveyance Instrument Number: 554013

Filed by: LISA A MONTGOMERY
643 MAGAZINE ST
SUITE 402
NEW ORLEANS, LA 70130

## THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.

Exh. "1"

ATTORNEY'S NAME:  Leefe, Richard K 07544
AND ADDRESS:  3900 N Causeway Blvd, Suite 1470 , Metairie, LA 70002-1101

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |
|---|---|---|

M.S. RAU ANTIQUES, L.L.C.

Versus

LAMBERT, SIDNEY O.  ET AL

### CITATION

TO:  LAMBERT, SIDNEY O.  ET AL

721 SHORT STREET, NEW ORLEANS, LA 70118

### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 1, 2017

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Constance Conway, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____ _____ served a copy of the within
PETITION FOR REVOCATORY ACTION
ON LAMBERT, SIDNEY O.  ET AL
THROUGH:

Returned the same day
_____ No. _____
Deputy Sheriff of _____
Mileage: $ _____
_____ / ENTERED / _____
PAPER          RETURN
_____ / _____ / _____
SERIAL NO.      DEPUTY      PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____ _____ served a copy of the within
PETITION FOR REVOCATORY ACTION
ON LAMBERT, SIDNEY O.  ET AL
THROUGH:
by leaving same at the dwelling house, or usual place of abode, in the hands of
_____ a person of suitable age and
discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said LAMBERT, SIDNEY O.  ET AL being absent from the domicile at time of said service.

Returned the same day
_____ No. _____
Deputy Sheriff of _____

---

ATTORNEY'S NAME:   Leefe, Richard K 07544
AND ADDRESS:   3900 N Causeway Blvd, Suite 1470 , Metairie, LA 70002-1101

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |
|---|---|---|

### M.S. RAU ANTIQUES, L.L.C.

Versus

### LAMBERT, SIDNEY O.  ET AL

## CITATION

TO:     LAMBERT, SIDNEY O.  ET AL

       721 SHORT STREET, NEW ORLEANS, LA 70118

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF,** I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 1, 2017

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Constance Conway, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON LAMBERT, SIDNEY O.  ET AL | ON LAMBERT, SIDNEY O.  ET AL |
| THROUGH: | THROUGH: |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said LAMBERT, SIDNEY O.  ET AL being absent from the domicile at time of said service. |
| Returned the same day | |
| No. _____ | Returned the same day |
| Deputy Sheriff of _____ | No. _____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |
| _____/ ENTERED / _____ | |
| PAPER  RETURN | |
| _____/ _____/ _____ | |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 9568189

ATTORNEY'S NAME:   Leefe, Richard K 07544
AND ADDRESS:        3900 N Causeway Blvd, Suite 1470 , Metairie, LA 70002-1101

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |
|---|---|---|

### M.S. RAU ANTIQUES, L.L.C.

**Versus**

*91 32809*   **LAMBERT, SIDNEY O.  ET AL**

### CITATION

TO:        LAMBERT, SIDNEY O.  ET AL

          721 SHORT STREET, NEW ORLEANS, LA 70118

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA February 1, 2017**

Clerk's Office, Room 402, Civil Courts        DALE N. ATKINS, Clerk of
421 Loyola Avenue                             The Civil District Court
New Orleans, LA                               for the Parish of Orleans
                                              State of LA
                                              by
                                              Constance Conway, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON LAMBERT, SIDNEY O.  ET AL | ON LAMBERT, SIDNEY O.  ET AL |
| THROUGH: | THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said LAMBERT, SIDNEY O.  ET AL being absent from the domicile at time of said service. |
| _____  No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | _____  No. _____ |
| _____ / ENTERED / | Deputy Sheriff of _____ |
| PAPER          RETURN | |
| SERIAL NO.    DEPUTY    PARISH | |



ID: 9568189                          Page 1 of 1

FILED

2017 FEB 10  A 8: 52

CIVIL
STRICT COURT

ATTORNEY'S NAME:   Leefe, Richard K 07544
AND ADDRESS:        3900 N Causeway Blvd, Suite 1470 , Metairie, LA 70002-1101

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |
|---|---|---|

### M.S. RAU ANTIQUES, L.L.C.

#### Versus

### LAMBERT, SIDNEY O.   ET AL

#### CITATION

TO:        STEAD, ROBIN A.

           721 SHORT STREET, NEW ORLEANS, LA 70118

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 1, 2017**

Clerk's Office, Room 402, Civil Courts        DALE N. ATKINS, Clerk of
421 Loyola Avenue                             The Civil District Court
New Orleans, LA                               for the Parish of Orleans
                                              State of LA
                                              by _____
                                              Constance Conway, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON STEAD, ROBIN A. | ON STEAD, ROBIN A. |
| THROUGH: | THROUGH: |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said STEAD, ROBIN A. being absent from the domicile at time of said service. |
| Returned the same day | |
| _____ No. _____ | Returned the same day |
| Deputy Sheriff of _____ | _____ No. _____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |
| _____ / ENTERED / _____ | |
| PAPER              RETURN | |
| _____ / _____ / | |
| SERIAL NO.     DEPUTY     PARISH | |

**ATTORNEY'S NAME:**   Leefe, Richard K 07544
**AND ADDRESS:**       3900 N Causeway Blvd, Suite 1470 , Metairie, LA 70002-1101

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |
|---|---|---|

### M.S. RAU ANTIQUES, L.L.C.

#### Versus

### LAMBERT, SIDNEY O.   ET AL

#### CITATION

TO:   STEAD, ROBIN A.

721 SHORT STREET, NEW ORLEANS, LA 70118

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 1, 2017**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Constance Conway, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON STEAD, ROBIN A. | ON STEAD, ROBIN A. |
| THROUGH: | THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said STEAD, ROBIN A. being absent from the domicile at time of said service. |
| No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: S _____ | No. _____ |
| _____ / ENTERED / _____ | Deputy Sheriff of _____ |
| PAPER          RETURN | |
| _____ /          / _____ | |
| SERIAL NO.    DEPUTY       PARISH | |

ATTORNEY'S NAME:  Leefe, Richard K 07544
AND ADDRESS:  3900 N Causeway Blvd, Suite 1470 , Metairie, LA 70002-1101

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |
|---|---|---|

M.S. RAU ANTIQUES, L.L.C.

Versus

LAMBERT, SIDNEY O.  ET AL

### CITATION

TO:   STEAD, ROBIN A.

721 SHORT STREET, NEW ORLEANS, LA 70118

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA February 1, 2017

Clerk's Office, Room 402, Civil Courts          DALE N. ATKINS, Clerk of
421 Loyola Avenue                                        The Civil District Court
New Orleans, LA                                            for the Parish of Orleans
                                                                    State of LA
                                                                    by
                                                                    Constance Conway, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON STEAD, ROBIN A. | ON STEAD, ROBIN A. |
| THROUGH: | THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| No. _____ | discretion residing therein as a member of the domiciliary establishment, whose |
| Deputy Sheriff of _____ | name and other facts connected with this service I learned by interrogating |
| Mileage: $ _____ | HIM/HER the said STEAD, ROBIN A. being absent from the domicile at time of |
| _____ / ENTERED / _____ | said service. |
| PAPER  9201  RETURN | Returned the same day |
| SERIAL NO.   DEPUTY   PARISH | No. _____ |
| | Deputy Sheriff of _____ |

VERIFIED

2.13.17

2017 FEB -2  A 11: 04

ID: 9568220          Page 1 of 1

2-3-17
N/A
#572
12:08

2-7-17
N/A
#572
11:15

2-8-17
N/A
#572
10:44

WAIVED

FILED
2017 FEB 10 A 8:52
CIVIL
DISTRICT COURT

**LEEFE, GIBBS, SULLIVAN & DUPRÉ L.L.C.**
*Attorneys and Counselors at Law*
ONE LAKEWAY CENTER, SUITE 1470
3900 NORTH CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002
TELEPHONE: (504) 830-3990
TELEPHONE:  (504) 830-3939
TELECOPIER:  (504) 830-3998

**MICHAEL R. GELDER***

JAMES P.  SCREEN (1914-1994)

**Writer's E-Mail Address:**
mrgelder@leefegibbs.com

March 15th, 2017

Orleans Sheriff's Office
Civil Division
421 Loyola Avenue,
New Orleans, LA 70112

Re:    *M.S. Rau Antiques, LLC v. Sidney Lambert & Robin Stead,*
Civil District Court, Docket # 2017-987, Div. "N-8"

Dear Sheriff:

Please reissue service on the defendants at the following addresses:

Sidney Lambert at his place of employment *personal service only*
Crescent City Auction Galleries
1330 St. Charles Avenue
New Orleans, LA 70130

Robin Stead at her place of employment *personal service only*
Tulane University School of Architecture
6823 St. Charles Avenue, #116b
New Orleans, LA 70118

Sincerely,

Michael R. Gelder

MRG/ans
Cc:

ATTORNEY'S NAME:   Gelder, Michael R 30210
AND ADDRESS:   3900 N. Causeway Blvd Suite 1470, Metairie, LA 70002

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |
|---|---|---|

### M.S. RAU ANTIQUES, L.L.C.

**Versus**

### LAMBERT, SIDNEY O.   ET AL

### CITATION

TO:   ROBIN STEAD AT HER PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY*

TULANE UNIVERSITY SCHOOL OF ARCHITECTURE, 6823 ST. CHARLES AVENUE, #116B, NEW ORLEANS, LA 70118

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 25, 2017

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Malik Haley, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON ROBIN STEAD AT HER PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* | ON ROBIN STEAD AT HER PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* |
| THROUGH: | THROUGH: |
|  | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| Returned the same day | discretion residing therein as a member of the domiciliary establishment, whose |
| _____ No. _____ | name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said ROBIN STEAD AT HER PLACE OF EMPLOYMENT |
| Mileage: $ _____ | *PERSONAL SERVICE ONLY* being absent from the domicile at time of said service. |
| _____ /ENTERED / _____ |  |
| PAPER          RETURN | Returned the same day |
| _____/_____/_____ | _____ No. _____ |
| SERIAL NO.   DEPUTY   PARISH | Deputy Sheriff of _____ |

ATTORNEY'S NAME:  Gelder, Michael R 30210
AND ADDRESS:  3900 N. Causeway Blvd Suite 1470, Metairie, LA 70002

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |
|---|---|---|

**M.S. RAU ANTIQUES, L.L.C.**

Versus

**LAMBERT, SIDNEY O.   ET AL**

### CITATION

TO:   ROBIN STEAD AT HER PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY*

TULANE UNIVERSITY SCHOOL OF ARCHITECTURE, 6823 ST. CHARLES AVENUE, #116B, NEW ORLEANS, LA 70118

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 25, 2017

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _Malik Haley_
Malik Haley, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON ROBIN STEAD AT HER PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* | ON ROBIN STEAD AT HER PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* |
| THROUGH: | THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ROBIN STEAD AT HER PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / | Returned the same day |
| PAPER             RETURN | _____ No. _____ |
| _____ / _____ / | Deputy Sheriff of _____ |
| SERIAL NO.    DEPUTY    PARISH | |

ID: 9698623                 Page 1 of 1

ATTORNEY'S NAME:   Gelder, Michael R 30210
AND ADDRESS:       3900 N. Causeway Blvd Suite 1470, Metairie, LA 70002

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |
|---|---|---|

M.S. RAU ANTIQUES, L.L.C.

Versus

LAMBERT, SIDNEY O.  ET AL

## CITATION

TO:   SIDNEY LAMBERT AT HIS PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY*

CRESCENT CITY AUCTION GALLERIES, 1330 ST. CHARLES AVENUE, NEW
ORLEANS, LA 70130

### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA July 25, 2017

Clerk's Office, Room 402, Civil Courts          DALE N. ATKINS, Clerk of
421 Loyola Avenue                               The Civil District Court
New Orleans, LA                                 for the Parish of Orleans
                                                State of LA
                                                by
                                                Mulik Haley, Deputy Clerk

---

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR REVOCATORY ACTION | PETITION FOR REVOCATORY ACTION |
| ON SIDNEY LAMBERT AT HIS PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* | ON SIDNEY LAMBERT AT HIS PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* |
| THROUGH: | THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SIDNEY LAMBERT AT HIS PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY* being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____/ ENTERED /_____ | _____ No. _____ |
| PAPER        RETURN | Deputy Sheriff of _____ |
| _____/_____/_____ | |
| SERIAL NO.    DEPUTY    PARISH | |

ATTORNEY'S NAME:   Gelder, Michael R 30210
AND ADDRESS:          3900 N. Causeway Blvd Suite 1470, Metairie, LA 70002

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2017-00987 | DIVISION: N | SECTION: 08 |
|---|---|---|

### M.S. RAU ANTIQUES, L.L.C.

### Versus

### LAMBERT, SIDNEY O.  ET AL

### CITATION

TO:      SIDNEY LAMBERT AT HIS PLACE OF EMPLOYMENT *PERSONAL SERVICE ONLY*

CRESCENT CITY AUCTION GALLERIES, 1330 ST. CHARLES AVENUE, NEW
ORLEANS, LA 70130

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR REVOCATORY ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA July 25, 2017**

Clerk's Office, Room 402, Civil Courts          DALE N. ATKINS, Clerk of
421 Loyola Avenue                                          The Civil District Court
New Orleans, LA                                             for the Parish of Orleans
                                                                      State of LA
                                                                      by Malik R Haley
                                                                      Malik Haley, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of<br>the within | On this _____ day of _____ served a copy of<br>the within |
| PETITION FOR REVOCATORY ACTION<br>ON SIDNEY LAMBERT AT HIS PLACE OF EMPLOYMENT<br>*PERSONAL SERVICE ONLY*<br>THROUGH: | PETITION FOR REVOCATORY ACTION<br>ON SIDNEY LAMBERT AT HIS PLACE OF EMPLOYMENT<br>*PERSONAL SERVICE ONLY*<br>THROUGH: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of<br>_____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose<br>name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said SIDNEY LAMBERT AT HIS PLACE OF<br>EMPLOYMENT *PERSONAL SERVICE ONLY* being absent from the |
| Mileage: $ _____ | domicile at time of said service. |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER                  RETURN | _____ No. _____ |
| ____/ ____ / ____ | Deputy Sheriff of _____ |
| SERIAL NO.     DEPUTY     PARISH | |

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2017-987

**FILED**

2017 AUG -16
DIVISION N-B4
CIVIL
DISTRICT COURT

M.S. RAU ANTIQUES, L.L.C.

versus

**SIDNEY LAMBERT, ROBIN STEAD,**
**& JANE/JOHN DOE**

FILED: _____        _____
                                              **DEPUTY CLERK**

### MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, come Sidney Lambert and Robin Stead, and without waiving any defenses and/or objections to the Petition for Revocatory Action, request a thirty (30) day extension of time from the date the Order is signed in which to file responsive pleadings.  This is Sidney Lambert and Robin Stead 's first request for an extension of time.

**WHEREFORE**, the Motion considered;

**IT IS ORDERED** that Sidney Lambert and Robin Stead be and are hereby granted a thirty (30) day extension of time from the date the Order is signed in which to respond to the Petition for Revocatory Action.

_____
J U D G E

Respectfully submitted,

Lisa A. Montgomery (Bar No. 14236)
Montgomery Law Firm
400 Poydras St., Suite 900
New Orleans, Louisiana 70130
Telephone:  (504) 267-9401
Facsimile:   (504) 814-4291

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically mailed the foregoing pleading to all counsel of record on the 16th of August, 2017.

Lisa A. Montgomery

**VERIFIED**
Barbara Goude
Deputy Clerk

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2017-987

FILED

2017 AUG 18 PM

DIVISION "N" – 14

CIVIL

DISTRICT COURT

M.S. RAU ANTIQUES, L.L.C.

versus

SIDNEY LAMBERT, ROBIN STEAD,
& JANE/JOHN DOE

FILED: _____

_____
DEPUTY CLERK

MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, come Sidney Lambert and Robin
Stead, and without waiving any defenses and/or objections to the Petition for Revocatory Action,
request a thirty (30) day extension of time from the date the Order is signed in which to file
responsive pleadings. This is Sidney Lambert and Robin Stead 's first request for an extension of
time.

WHEREFORE, the Motion considered; ·

IT IS ORDERED that Sidney Lambert and Robin Stead be and are hereby granted a thirty
(30) day extension of time from the date the Order is signed in which to respond to the Petition for
Revocatory Action.

August 22, 2017

_____
JUDGE
ETHEL SIMMS JULIEN
JUDGE
Division "N"

Respectfully submitted,

_____
Lisa A. Montgomery (Bar No. 14236)
Montgomery Law Firm
400 Poydras St., Suite 900
New Orleans, Louisiana 70130
Telephone: (504) 267-9401
Facsimile: (504) 814-4291

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically mailed the foregoing pleading to all counsel of
record on the 16th of August, 2017.

_____
Lisa A. Montgomery

RECEIVED
AUG 18 2017
DIV "N"

ENTERED ON MINUTES
AUG 23 2017
CHARLENE WILLIAMS
VERIFIED
Barbara Gouda
Deputy Clerk

VERIFIED
8-23-17